E. J. FLAHERTY CONTRACTING COMPANY ET AL., RE-
SPONDENTS, v. TOWN OF KEARNY ET AL., APPEL-
LANTS.

Submitted October 31, 1930—Decided April 17, 1931.

For the respondents, *Nicholas S. Schloeder*.

For the appellants, *John H. Cooper* and *Riker & Riker*
(*Thomas E. Fitzsimmons,* on the brief).

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Case in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, CAMPBELL, BODINE,
DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR,
WELLS, JJ. 10.

*For reversal*—None.